IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )         8:10CR47
                              )
     v.                       )
                              )
BRANDON LAWRENCE COTTON,      )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the findings and recommendation and order (Filing No. 25) of the magistrate judge, recommending that defendant's motion to suppress (Filing No. 15) be denied.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the matter *de novo,* including defendant's statement of objections (Filing No. 29), and briefs in support of and in opposition to the motion, as well as the transcript of the hearing (Filing No. 28). The findings and recommendation of the magistrate judge will be approved and adopted and defendant's motion to suppress will be denied. Accordingly,

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) Defendant's motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Tuesday, October 12, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.  This will give the parties time to prepare for trial or pursue plea negotiations, and will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between August 31, 2010, and October 12, 2010, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 31st day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court