IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )           8:10CR47
                               )
       v.                      )
                               )
BRANDON LAWRENCE COTTON,       )           ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's request to receive a copy of his criminal docket sheet and judgment and commitment (including statement of reasons) (Filing No. 82). The Court notes that defendant's supervised release was revoked and he was sentenced to a term of ten months imprisonment on May 16, 2013. No appeal was filed and the time to file such an appeal has passed. The Court is unable to provide copies of pleadings without prepayment of the costs therefor. Accordingly,

IT IS ORDERED that defendant's motion is denied without prejudice. Defendant may contact the office of the clerk of the United States District Court concerning the cost for copies of the criminal docket sheet and his judgment and commitment (including statement of reasons).

DATED this 27th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court